**Order entered November 29, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00793-CV**

**IN RE ALEJANDRINA LOPEZ**

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-11690**

**ORDER**
Before Justices Myers, Nowell, and Goldstein

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus. We **ORDER** the trial court to issue within thirty (30) days of the date of this order a written ruling vacating its June 6, 2022 "Order on Bill of Review and Motion for New Trial" granting a new trial and setting aside the Final Decree of Divorce dated December 28, 2021, and we **ORDER** the trial court to reinstate the December 28, 2021 Final Decree of Divorce. We further **ORDER** the trial court to file with this Court, within the time for compliance with the Court's opinion and order of this date, a certified copy of

its order or orders evidencing such compliance.  Should the trial court fail to comply with this order, the writ will issue.


/s/      LANA MYERS
         JUSTICE